Affirmed and Memorandum Opinion filed August 26, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-01051-CR

____________

 

KEITH A. WASHINGTON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 183rd District Court

Harris County, Texas

Trial Court Cause No. 1222763

 



 

MEMORANDUM
 OPINION

After a trial to the court, appellant was convicted of the
third-degree felony of assault of a public servant.  On December 9, 2009, the
trial court sentenced appellant to confinement for two years in the
Institutional Division of the Texas Department of Criminal Justice.  Appellant
filed a timely notice of appeal.

Appellant=s appointed counsel filed a brief in which he concludes that the
appeal is wholly frivolous and without merit.  The brief meets the requirement
of Anders v. California, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting
a professional evaluation of the record and demonstrating why there are no
arguable grounds to be advanced.  See High v. State, 573 S.W.2d 807
(Tex. Crim. App. 1978).

A copy of counsel’s brief was delivered to appellant.  Appellant
was advised of the right to examine the appellate record and file a pro se
response.  See Stafford v. State, 813 S.W.2d 503, 510 (Tex. (Tex. Crim.
App.1991).  As of this date, more than sixty days has passed and no pro se
response has been filed.

We have carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit.  Further, we find no reversible error in
the record.  We are not to address the merits of each claim raised in an Anders
brief or a pro se response when we have determined there are no arguable
grounds for review.  See Bledsoe v. State, 178 S.W.3d 824, 827–28 (Tex.
Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Yates and Sullivan.

Do Not Publish — Tex. R. App. P. 47.2(b).